IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kelly, Sherrian T

Printed: 6/24/08

Case Number: 04 B 28606
Judge: Squires, John H
Filed: 8/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 23, 2008
Confirmed: September 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 24,016.03 |  |
| Secured: |  | 11,167.01 |
| Unsecured: |  | 6,916.43 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,351.00 |
| Trustee Fee: |  | 1,123.20 |
| Other Funds: |  | 2,458.39 |
| Totals: | 24,016.03 | 24,016.03 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Neal Feld | Administrative | 2,351.00 | 2,351.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 10,778.13 | 10,778.13 |
| 3. | Economy Furniture & Interiors Inc | Secured | 194.44 | 194.44 |
| 4. | Monterey Financial Services | Secured | 194.44 | 194.44 |
| 5. | Arrow Financial Services | Unsecured | 62.03 | 257.74 |
| 6. | Economy Furniture & Interiors Inc | Unsecured | 208.06 | 864.56 |
| 7. | Jefferson Capital | Unsecured | 103.32 | 429.30 |
| 8. | Wells Fargo Fin Acceptance | Unsecured | 54.82 | 227.74 |
| 9. | Comcast Cablevision | Unsecured | 39.21 | 162.70 |
| 10. | Arrow Financial Services | Unsecured | 63.87 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 21.46 | 89.15 |
| 12. | Jefferson Capital | Unsecured | 84.40 | 350.70 |
| 13. | Global Payments | Unsecured | 57.75 | 239.97 |
| 14. | Premier Bankcard | Unsecured | 51.33 | 213.29 |
| 15. | Capital One | Unsecured | 99.31 | 0.00 |
| 16. | United Student Aid Funds Inc | Unsecured | 982.19 | 4,081.28 |
| 17. | AT&T Broadband | Unsecured |  | No Claim Filed |
| 18. | Charter One Bank | Unsecured |  | No Claim Filed |
| 19. | Charter One Bank | Unsecured |  | No Claim Filed |
| 20. | Medical Collections | Unsecured |  | No Claim Filed |
| 21. | CorTrust Bank | Unsecured |  | No Claim Filed |
| 22. | Capital One | Unsecured |  | No Claim Filed |
| 23. | CorTrust Bank | Unsecured |  | No Claim Filed |
| 24. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 25. | Fingerhut Corporation | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Kelly, Sherrian T | Case Number: 04 B 28606 | |
| | Judge: Squires, John H | |
| Printed: 6/24/08 | Filed: 8/3/04 | |

| | | | | |
|---|---|---|---|---|
| 26. | First National Bank | Unsecured | | No Claim Filed |
| 27. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| 28. | Midland Credit Management | Unsecured | | No Claim Filed |
| 29. | J C Penney Card Bank N.A. | Unsecured | | No Claim Filed |
| 30. | Midland Credit Management | Unsecured | | No Claim Filed |
| 31. | Kmart Corp | Unsecured | | No Claim Filed |
| 32. | MBGA/JC Penney | Unsecured | | No Claim Filed |
| 33. | Medical Collections | Unsecured | | No Claim Filed |
| 34. | MCI Residential | Unsecured | | No Claim Filed |
| 35. | MCI Residential | Unsecured | | No Claim Filed |
| 36. | Professional Collectors | Unsecured | | No Claim Filed |
| 37. | Performance Financial | Unsecured | | No Claim Filed |
| 38. | Performance Financial | Unsecured | | No Claim Filed |
| 39. | Medical Collections | Unsecured | | No Claim Filed |
| 40. | TCF Bank | Unsecured | | No Claim Filed |
| 41. | TCF Bank | Unsecured | | No Claim Filed |
| 42. | SBC | Unsecured | | No Claim Filed |
| 43. | Sprint | Unsecured | | No Claim Filed |
| 44. | Trust Receivable Services | Unsecured | | No Claim Filed |
| 45. | Check N Go | Unsecured | | No Claim Filed |
| 46. | United Credit Natl Bank | Unsecured | | No Claim Filed |
| 47. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 48. | MCI Residential | Unsecured | | No Claim Filed |
| 49. | Medical Collections | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,345.76 | $ 20,434.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 228.01 |
| 4% | 72.13 |
| 3% | 42.38 |
| 5.5% | 279.81 |
| 5% | 75.71 |
| 4.8% | 158.02 |
| 5.4% | 267.14 |
| | _____ |
| | $ 1,123.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

